IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00874-CMA-MJW

GREG MENO,

Plaintiff(s),

v.

FEDEX CORPORATE SERVICES, INC., a Delaware Corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to Modify Scheduling Order (docket no. 23) is GRANTED finding good cause shown.  The deadline to serve interrogatories and request for production of documents is extended to November 9, 2011.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:  October 28, 2011