IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00874-CMA-MJW

GREG MENO,

Plaintiff(s),

v.

FEDEX CORPORATE SERVICES, INC., a Delaware Corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that the defendant's Unopposed Motion to Amend the Final Pretrial Order to Add a Will Call Witness (Docket No. 54) is granted, and thus the Final Pretrial Order (Docket No. 38) is amended to add Lynn Diebold as a will call witness.

Date:   July 27, 2012