IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No.  11-cv-00874-CMA-MJW

GREG MENO,

    Plaintiff,

v.

FED EX CORPORATE SERVICES, INC.,

    Defendant.

---

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated plus sixty days.

DATED:  August  02 , 2012

                                        BY THE COURT:

                                        *[signature: Christine M Arguello]*

                                        Christine M. Arguello
                                        United States District Judge